UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JUANA TORRES-SOTELO                              JURY TRIAL DEMANDED

V.                                               CASE NO. 3:09CV

MACKEYBOY AUTO, LLC

**COMPLAINT**

1. This is an action for a declaratory judgment, an injunction, and actual, statutory, and punitive damages and attorneys fees for violation of the Truth in Lending Act ("TILA"), 15 U.S.C. § 1601, *et seq.* and for actual and punitive damages pursuant to Conn. Gen. Stat. §42-110a *et seq.* and other statutes and common law.

2. Jurisdiction is conferred on this Court by 15 U.S.C. § 1640(e) and 28 U.S.C. § 1331 and §1367.

3. Plaintiff is a resident of New Haven Connecticut.

4. Defendant has a place of business in New Haven Connecticut.

5. The transaction that plaintiff complains of is the purported sale and financing of a 2001 Mazda Millenia on or about September 18, 2009.

6. Plaintiff was to pay $423.71 for eight weeks to avoid a $1,500 finance charge.

7. The car was unfit for travel on the highway. Defendant repeatedly represented it would repair the vehicle but did not do so.

8. During the year prior to 9/18/2009, defendant entered into more than 25 Retail Installment Contracts with individuals which were payable in more than four installments.

9. Defendant did not provide a retail installment contract to plaintiff regarding the sale.

10. Defendant did not provide accurate or complete disclosures required by TILA.

11. Defendant did not reveal that the vehicle had a history as a leased vehicle.

12. Plaintiff entered into the vehicle purchase transaction alleged herein for personal, family or household purposes.

13. Defendant breached its contract by not complying with applicable statutes. Farmers' & Merchants' Bank v. Federal Reserve Bank, 262 U.S. 649, 660 (1922); Harlach v. Metropolitan Prop. & Liab. Ins., 221 Conn. 185, 192, 602 A.2d 1007 (1992). See also Walsh v. Waldron & Sons, 112 Conn. 579, 582, 153 A. 298 (1931); Ciarleglio v. Benedict & Co., 127 Conn. 291, 293, 16 A.2d 593 (1940).

DAMAGES

Due to the defendant's conduct, plaintiff lost the value of the $2,450 paid to defendant and amounts paid for car insurance, and suffered inconvenience, expense, and anxiety.

WHEREFORE, it is respectfully prayed that this Court:

1. Award statutory, actual, and punitive damages to the plaintiff under TILA, RISFA, CUTPA or common law;

2. Award costs and a reasonable attorney's fee.

3. Award such other or further relief as the Court deems just or equitable.

                THE PLAINTIFF

                BY    /s/ Joanne S. Faulkner
                JOANNE S. FAULKNER ct04137
                123 Avon Street
                New Haven, CT  06511-2422
                (203) 772-0395
                faulknerlawoffice@snet.net