```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

JUANA TORRES-SOTELO,            :
plaintiff,                      :
                                :
v.                              :     Case No. 3:09CV1855(AVC)
                                :
MACKEYBOY AUTO LLC.,            :
defendant.                      :

## JUDGMENT

This action having come before the court for consideration of the defendant's motion to dismiss and,

The court having considered the full record of the case including applicable principles of law, and the court having granted the motion in anorder datedDecember 15, 2010, it is hereby

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered dismissing the matter with prejudice.

Dated at Hartford, Connecticut, this 4th day ofJanuary2011.

                              ROBIN TABORA, Clerk


                              By:__ / s /_____
                                 Renee Alexander
                                 Deputy Clerk